Greg Chaney I.S.B. 10513
Nick Bronk I.S.B. 11602
Malissa Nielson I.S.B. 11971
CHANEY LAW OFFICE
P.O. Box 489
Caldwell, ID 83606
Telephone: (208) 314-3850
Facsimile: (208) 549-9612
efile@gregchaneylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZEMINA LAKIC, and SEFIKA LAKIC, | Case No. |
| Plaintiffs, | |
| vs. | SUMMONS |
| IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; and JOHN DOES 1-30, | |
| Defendants. | |

TO:   Idaho Department of Correction;
       Josh Tewalt; and
       Bree Derrick:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —you must

serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Physical Address:   Chaney Law Office, PLLC
211 E. Logan St., Suite 203
Caldwell, ID 83605

Mailing Address:   P.O. Box 489
Caldwell, ID 83606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED: _____

CLERK OF THE COURT

BY: _____
Clerk or Deputy Clerk