RAÚL R. LABRADOR
ATTORNEY GENERAL
STATE OF IDAHO

Joan E. Callahan      [ISB No. 9241]
SPECIAL DEPUTY ATTORNEY GENERAL
Nicole R. Robles      [ISB No. 11589]
NAYLOR & HALES, P.C.
Attorneys at Law
950 W. Bannock Street, Ste. 610
Boise, ID 83702
Telephone No. (208) 383-9511
Facsimile No. (208) 383-9516
Email: joan@naylorhales.com; niky@naylorhales.com

Attorneys for Defendants IDOC, Tewalt, and Derrick

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| ZEMINA LAKIC, and SEFIKA LAKIC,<br><br>    Plaintiffs,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; and JOHN DOES 1-30,<br><br>    Defendants. | Case No: 1:23-cv-00094-BLW<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: EXHAUSTION** |
|---|---|

Defendants Idaho Department of Correction, Josh Tewalt, and Bree Derrick move for dismissal pursuant to Federal Rule of Civil Procedure 56, on the basis that the available administrative remedies were not exhausted for the Eighth Amendment claim. The Eighth Amendment claim is the only federal claim. Therefore, the Defendants request that the Court decline supplemental jurisdiction over any remaining state law claims and dismiss this matter in its entirety.

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: EXHAUSTION - 1.**

This motion is supported by Defendants' Memorandum in Support of Summary Judgment, a Statement of Undisputed Facts, and the Declaration of Syvanna LaBonte, filed herewith.

DATED this 26th day of April, 2023.

                NAYLOR & HALES, P.C.

                By:*/s/ Joan E. Callahan*
                    JOAN E. CALLAHAN, Of the Firm
                    Attorneys for Defendants IDOC, Tewalt, and Derrick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

- Greg Chaney        efile@gregchaneylaw.com
  Nick Bronk
  Malissa Nielson
  *Attorneys for Plaintiffs*

                */s/ Joan E. Callahan*
                JOAN E. CALLAHAN

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: EXHAUSTION - 2.**