**Name:** LAKIC, BAJRO
**Housing Assignment:** HISTORY
**Status:** HISTORY
**Parole Eligibility Date:**
**Next Hearing Date:**
**Gender:** Male

**Offender #:** 105441
**Classification:** UNCLASSIFIED
**Citizen:** YES
**Full Term Release Date:**
**Tentative Parole Date:**



### Offender Grievance Listing

| Grievance Number | Received Date | Category | Location | Level | Status |
|---|---|---|---|---|---|
| IC 200001576 | 10/07/2020 | ADMINISTRATION | ICC | 2 | DENIED |

**Description:** Im requesting to be able to take group pictures along w/ shirtless

Record(s) displayed/found:1-1/1
Page (s):1

[Back]                                                          [Preview Report]

Source File: /jsp/dio/offenderGrievanceList.jsp

**EXHIBIT A**