

# Idaho Department of Correction
## Grievance Form

| | | | |
|---|---|---|---|
| Offender Name: | LAKIC, BAJRO | Location: | ICC |
| Offender Number: | 105441 | Number: | IC 200001576 |
| | | Category: | ADMINISTRATION |

### Offender Grievance Information

Date Received: 10/07/2020

The problem is:

    Im requesting to be able to take group pictures along w/ shirtless

I have tried to solve this problem informally by:

    I concerned Sgt Bauch letting him know I.S.C.I allows all types of photos

I suggest the following solution for the problem:

    Follow IDOC P&P and do not discriminate from one institution to another

### Level 1 - Initial Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 10/07/2020 | Date Returned: | 10/13/2020 |
| Date Due Back: | 10/21/2020 | Level 1 Responder: | BAUCK, EDWARD |

The response from the staff member or person in charge of the area/operation being grieved:

Group photographs are clearly addressed in standard operating procedure that applies to all IDOC facilities. It is listed in several SOP's, but all read similar to the Property SOP (listed below). If your group photograph meets one of the permitted exceptions (ie. Graduation or religious event) then please let me know and I will present to the facility head for consideration as required by policy.

SOP 302.02.01.001 Property: State-issued and Inmate Personal Property
Group Photographs (Security Threat Group Symbols)
To prevent and control security threat groups (STGs) group photographs of inmates are generally not allowed. Group photographs are permitted for events such as a graduation (including General Education Development [GED] certificate) or religious events. Any group photographs must be approved by the facility head (or designee) in advance. When group photographs are permitted, staff must monitor photographs to ensure that STG symbols or signs are not displayed.
_____
Shirtless photographs have been prohibited at ISCC as noted in Recreation Photo Rules (also listed below). Rules pertaining to shirtless photographs have been in place for at least the last 5 years. Both of your requests have been also addressed with Housing Lt. Greenland, who affirmed that we will not take group nor shirtless photos. Any exception would need to be approved by either the Warden or the Deputy Warden of Security.

PHOTO RULES: (posted in ISCC Recreation)
8226 NO GROUP PHOTOS
o Only 1 person in each photo
8226 NO TANK TOPS
8226 NO ALTERED CLOTHING

IC 200001576        LAKIC, BAJRO                                        105441

    8226 NO TATTOO PHOTOS
    8226 NO ID IN PHOTOS
    8226 NO RELIGIOUS PENDENTS
    8226 NO J-PAY IN THE PHOTOS
    8226 NO SHIRTLESS PHOTOS
    8226 MUST ONLY USE WALL AS BACKGROUND
    o NO PICTURES IN FRONT OF DOORS OR CRASH GATE
    8226 NO HAND SIGNALS OR GESTURES
    8226 NO POSING WITH ANY RECREATION EQUIPMENT
    8226 No hats (per Recreation Rules #13)

### Level 2 - Reviewing Authority Response

| | | | |
|---|---|---|---|
| Date Forwarded: | 10/13/2020 | Grievance Disposition: | DENIED |
| Date Due Back: | 10/29/2020 | Level 2 Responder: | DIETZ, DAVID E |
| Date Returned: | 10/27/2020 | Response sent to offender: | 10/27/2020 |

Your grievence has been reviewed and I find:

We will continue to follow the ISCC Field Memorandum. I have reached out to the Deputy Warden at ISCI to see if they have changed their F.M. or if staff were not following it how written. Thank you for bringing this discrepancy to our attention so that if staff were not enforcing this rule we can address it and ensure that they do.

### Offender Appeal

Offender Comments:

### Level 3 - Appellate Authority Response

| | | | |
|---|---|---|---|
| Date Appealed: | | Grievance Disposition: | |
| Date Forwarded: | | Level 3 Responder: | |
| Date Due Back: | | Response sent to offender: | |
| Date Returned: | | | |

Your appeal has been reviewed and I find: