Greg Chaney I.S.B. 10513
Nick Bronk I.S.B. 11602
Malissa Nielson I.S.B. 11971
CHANEY LAW OFFICE
P.O. Box 489
Caldwell, ID 83606
Telephone: (208) 314-3850
Facsimile: (208) 549-9612
efile@gregchaneylaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZEMINA LAKIC, and SEFIKA LAKIC,<br><br>        Plaintiffs,<br>    vs.<br><br>IDAHO DEPARTMENT OF CORRECTION; JOSH TEWALT, in his official capacity; BREE DERRICK, in her official capacity; and JOHN DOES 1-30,<br><br>        Defendants. | Case No. 1:23-cv-00094<br><br>STATEMENT OF MATERIAL FACTS IN DISPUTE [Dkt. 9] |

        As Plaintiffs briefed elsewhere, most facts are unavailable to them and Plaintiffs seek

relief under Rule 56(d)(2), F.R.C.P.  However, as relevant to Defendants' current motion

for summary judgment, Plaintiffs assert the following:

        The existence of any fact that would tend to show that administrative remedies were

"reasonably available" to the Decedent under the circumstances.

DATED: _____5/10/23_____          _Greg Chaney_

                                  Greg Chaney
                                  *Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing

instrument was served on the following in the manner and on the date indicated below:

☑  Joan Callahan          via email at:   joan@naylorhales.com
☑  Nicole Robles          via email at:   niky@naylorhales.com
*Attorneys for Defendants*

5/10/23                           _Greg Chaney_
_____           _____
DATE                              SIGNED